February 4, 1971

## Aiello Liquor License Case.

Argued December 10, 1970. *Albert B. Miller,* Special Assistant Attorney General, with him *Thomas J. Shannon,* Assistant Attorney General, and *Fred Speaker,* Attorney General, for Pennsylvania Liquor Control Board, appellant; *John M. Feeney,* with him *Harrington, Feeney & Schweers,* for appellees.

Order affirmed.

## Arena, Appellant, *v.* Home Insurance Company.

Argued December 7, 1970. *George M. Painter, III,* for appellant; *William B. Koch,* with him *McTighe, Koch, Brown & Weiss,* for appellee.

Order affirmed.

## Aul et vir, Appellants, *v.* Continental Racks, Inc.

Argued November 13, 1970. *Richard S. Crone,* with him *Crone and Cohen,* for appellants; *Herbert Grigsby,* with him *Thomson, Rhodes & Grigsby,* for appellee.

Order and judgment affirmed.